Townsend, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 134 App. Div. 953, 121 N. Y. Supp. 1130.

FINNEGAN v. McGUFFOG. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Mary A. Finnegan, individually, etc., against Jessie McGuffog. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

In re FLANNERY. (Supreme Court, Appellate Division, First Department. December 10, 1909.) In the matter of Joseph A. Flannery. No opinion. Reference ordered. Memorandum per curiam. Settle order on notice. See, also, 133 App. Div. 900, 118 N. Y. Supp. 1093.

In re FLANNERY. (Supreme Court, Appellate Division, First Department. March 18, 1910.) In the matter of Joseph A. Flannery, an attorney. No opinion. Application granted. Order filed. See, also, supra.

FORAN v. ROYAL BANK OF CANADA. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Augustus E. Foran against the Royal Bank of Canada. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

FORD, Respondent, v. CHASE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by John W. Ford, suing in his own behalf, etc., against Benjamin E. Chase and others. PER CURIAM. Interlocutory judgment affirmed, with costs. See, also, 118 App. Div. 605, 103 N. Y. Supp. 30. McLENNAN, P. J., dissents, upon the ground that the indebtedness in question was contracted prior to the time when the defendants became stockholders of the corporation, within the meaning of section 56 of the stock corporation law (Consol. Laws, c. 59).

FOSTER v. NEW YORK & H. R. CO. et al. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Morton H. C. Foster against the New York & Harlem Railroad Company and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 118 App. Div. 143, 103 N. Y. Supp. 531.

FOXALL, Respondent, v. UNION MILL CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1910.) Action by Frederick Foxall against the Union Mill Company. No opinion. Motion for stay denied, and temporary stay vacated, without costs.

FRANK et al., Respondents, v. BERNARD, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Leo Frank and another against William Bernard. A. F. Cowen, for appellant. J. J. Frank, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 120 N. Y. Supp. 1124.

In re FRIEDMAN. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) In the matter of the application of Dora Friedman, as administratrix, etc., of Harris Friedman, deceased, for an order directing Thomas J. O'Neill, an attorney, to turn over certain moneys to said administratrix. No opinion. Motion denied, without costs. See, also, 121 N. Y. Supp. 426.

FRIEDMAN, Appellant, v. JOLINE et al., Respondents. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Israel Friedman against Adrian H. Joline and another. G. Hartman, for appellant. B. H. Ames, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

In re FRINDEL. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) In the matter of Benjamin Frindel, an attorney. No opinion. Order of reference to Francis L. Archer, Esq., to take proof and report the same to this court, with his opinion thereon, and Edward A. Freshman, of the Bar Association, is designated to act herein.

FUNGER, Appellant, v. BROOKLYN BOTTLE STOPPER CO., Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Robert A. Funger against the Brooklyn Bottle Stopper Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 120 N. Y. Supp. 1112.

FUNGER, Respondent, v. BROOKLYN BOTTLE STOPPER CO., Appellant. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Robert A. Funger against the Brooklyn Bottle Stopper Company. L. H. Doorly, for appellant. C. B. McLaughlin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra.

In re FURLONG. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) In the matter of Henry J. Furlong, an attorney. No opinion. Motion granted, and respondent's name stricken from the roll.

GABNER v. McCLELLAN et al. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Adolph C. Gabner against George B. McClellan and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

GEOGHEGAN et al., Respondents, v. LEVENTRITT, Appellant. (Supreme Court, Appellate Division, First Department. March 24,